# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 2:13-cv-00047-MR-DLH

| | |
|---|---|
| **PEGGY HILL and AMY WALKER,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BARRY COGGINS and COLLETTE COGGINS d/b/a CHEROKEE BEAR ZOO, and COGGINS & COGGINS, INC.,** ) ) ) ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 1, 2015, the Defendants filed a brief in support of their Motion for Summary Judgment [Doc. 43]. The Defendants' brief, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 22 at 5]. Accordingly, the Defendants' supporting brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment [Doc. 43] is **STRICKEN**. The Defendants may file a brief which complies with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge