THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:13-cv-00047-MR-DLH

| | |
|---|---|
| PEGGY HILL and AMY WALKER, ) ) Plaintiffs, ) ) vs. ) ) ) BARRY COGGINS and COLLETTE ) COGGINS, d/b/a CHEROKEE BEAR ) ZOO, and COGGINS & COGGINS, ) INC., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the United States Court of Appeals for the Fourth Circuit [Doc. 103].

In light of the remand of this matter, the Court will allow the parties the opportunity to file supplemental briefs on the issue of whether the Defendants engaged in an unlawful taking of its captive grizzly bears.

**IT IS, THEREFORE, ORDERED** that within thirty (30) days of the entry of this Order, the parties shall file supplemental briefs on the issue of whether the Defendants engaged in an unlawful taking of its captive grizzly bears. The parties may file responses to each other's briefs within fourteen (14)

days thereafter. All briefs shall be in 14-point font, shall be double-spaced, and shall not exceed 25 pages in length.

**IT IS SO ORDERED.**

Signed: September 27, 2017

Martin Reidinger
United States District Judge