# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 2:13-cv-00047-MR

| | |
|---|---|
| PEGGY HILL and <br> AMY WALKER, <br>         Plaintiffs, <br><br> vs. <br><br> BARRY COGGINS and <br> COLLETTE COGGINS, d/b/a <br> CHEROKEE BEAR ZOO, and <br> COGGINS & COGGINS, INC., <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )     **O R D E R** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Supplemental Briefing [Doc. 108].

For the reasons stated by the parties and for cause shown, the Court will grant the parties' motion.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Stay Supplemental Briefing [Doc. 108] is **GRANTED**, and this case is hereby **STAYED** pending the United States Supreme Court's ruling on the Defendant's petition for writ of certiorari. The parties shall notify the Court

within fourteen (14) days of the Supreme Court's action on the Defendant's petition.

**IT IS SO ORDERED.**

Signed: December 18, 2017

Martin Reidinger
United States District Judge