**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:13-cv-00047-MR-DLH**

| | | |
|---|---|---|
| **PEGGY HILL and AMY WALKER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BARRY COGGINS and COLLETTE** | ) | |
| **COGGINS, d/b/a CHEROKEE BEAR** | ) | |
| **ZOO, and COGGINS & COGGINS,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Status Report [Doc. 110].

This case was stayed pending the United States Supreme Court's ruling on the Defendants' petition for writ of certiorari. [Doc. 109]. The parties have advised that the Supreme Court denied the Defendants' petition on February 20, 2018. [Doc. 110]. Accordingly, the stay of this matter is lifted, and the Court will enter a new scheduling order for the filing of supplemental briefs.

**IT IS, THEREFORE, ORDERED** that the stay of this matter is **LIFTED**.

**IT IS FURTHER ORDERED** that within thirty (30) days of the entry of this Order, the parties shall file supplemental briefs on the issue of whether the Defendants engaged in an unlawful taking of its captive grizzly bears. The parties may file responses to each other's briefs within fourteen (14) days thereafter. All briefs shall be in 14-point font, shall be double-spaced, and shall not exceed 25 pages in length.

**IT IS SO ORDERED.**

Signed: March 6, 2018

Martin Reidinger
United States District Judge