# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Amy Walker, et al., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 2:13-cv-00047-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Barry Coggins, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 24, 2019 Order.

September 24, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court